55 A.3d 1052

**H. Gerard HEIMBECKER, Petitioner**

v.

**Matt DRUDGE and John Doe I and John Doe 2, Respondents.**

**No. 153 EM 2012.**

Supreme Court of Pennsylvania.

Nov. 8, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of November, 2012, the Petition for Review is **DENIED.**

55 A.3d 1052

**H. Gerard HEIMBECKER, Petitioner**

v.

**Matt DRUDGE, Respondent.**

**No. 154 EM 2012.**

Supreme Court of Pennsylvania.

Nov. 8, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of November, 2012, the Petition for Review is **DENIED.**